**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **VICKIE DELLINGER** | : | Case No. 3:08cv0219 |
| | : | J. Rose |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **MOTION FOR ORAL ARGUMENT** |
| **JOHN E. POTTER** | : | **ON DEFENDANT'S MOTION TO** |
| | : | **DISMISS, OR IN THE ALTERNATIVE**, |
| Defendant. | : | **MOTION FOR SUMMARY JUDGMENT** |

Plaintiff hereby requests the Court schedule an oral argument for Defendant's Motion to Dismiss, or in the alternative, Motion for Summary Judgment pending before this Court. There are many complex issues and documents which could be better considered by the Court after an oral argument.

Respectfully submitted,

/s/ Sheila M. Smith
Sheila M. Smith  (0065115)
Trial Attorney for Plaintiff
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio  45202
(513) 721-1975/FAX:  (513) 651-2570
*ssmith@frekingandbetz.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Sheila M. Smith