UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| VICKIE DELLINGER | : Case No. 3:08cv00219 |
| | : J. Rose |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHN E. POTTER, Postmaster General, | : **NOTICE OF APPEAL** |
| | : |
| Defendant. | : |

Notice is hereby given that Plaintiff Vickie Dellinger appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Defendant's Motion for Summary Judgment entered on July 22, 2009.

Respectfully submitted,

/s/ Sheila M. Smith
Sheila M. Smith (0065115)
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, OH 45202
(513) 721-1975/FAX: (513) 651-2570
ssmith@frekingandbetz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2009 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

Sheila M. Smith