Case No. 09-4020

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

VICKIE DELLINGER,

    Plaintiff - Appellant

v.

JOHN E. POTTER, United States Postal Service,

    Defendant - Appellee

In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                          **ENTERED PURSUANT TO RULE 33(d),**
                                          **RULES OF THE SIXTH CIRCUIT**
                                          Leonard Green, Clerk

Issued: April 15, 2010

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 15, 2010

Ms. Teresa A. Gonsalves
U.S. Postal Service
475 L'Enfant Plaza, S.W.
Room 6433
Washington, DC 20260

Ms. Sheila M. Smith
Freking & Betz
525 Vine Street
Sixth Floor
Cincinnati, OH 45202-0000

Re: Case No. 09-4020, *Vickie Dellinger v. John Potter*
Originating Case No. : 08-00219

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Teresa Mack
Mediation Administrator


cc: Mr. James Bonini

Enclosure

No mandate to issue