Case No. 09-4020

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

VICKIE DELLINGER,

    Plaintiff - Appellant

v.

JOHN E. POTTER, United States Postal Service,

    Defendant - Appellee

   In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                             **ENTERED PURSUANT TO RULE 33(d),**
                             **RULES OF THE SIXTH CIRCUIT**
                             Leonard Green, Clerk

Issued: April 15, 2010

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 15, 2010

Ms. Teresa A. Gonsalves
U.S. Postal Service
475 L'Enfant Plaza, S.W.
Room 6433
Washington, DC 20260

Ms. Sheila M. Smith
Freking & Betz
525 Vine Street
Sixth Floor
Cincinnati, OH 45202-0000

        Re:  Case No. 09-4020, *Vickie Dellinger v. John Potter*
             Originating Case No. : 08-00219

Dear Sir or Madam,

   The Court issued the enclosed Order today in this case.

                                                    Sincerely yours,

                                                    s/Teresa Mack
                                                    Mediation Administrator

cc:  Mr. James Bonini

Enclosure

No mandate to issue